# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# SENIOR JUDGE JOHN L. KANE

| | |
|---|---|
| Courtroom Deputy: Bernique Abiakam | Date: January 4, 2013 |
| Court Reporter: Darlene Martinez | |
| Probation Officer: Christine Zorn | Interpreter: Susana Cahill |

Criminal Action No.: 12-cr-00351-JLK

*Parties:*                                                                 *Counsel:*

UNITED STATES OF AMERICA,                              Shauna L. Martin

     Plaintiff,

v.

EDGAR ARMANDO OLIVO-SOSA,                          Robert W. Pepin.

     Defendant.

---

## SENTENCING MINUTES

---

**2:05 p.m.**     **Court in session.**

Court calls case.  Appearances of counsel.  Defendant present in custody.

Interpreter sworn.

**Change of Plea Hearing:    October 18, 2012.**

**Defendant plead guilty to Count One of the Indictment.**

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

**ORDERED:  Motion For Variant Sentence (Filed 12/13/12; Doc. No. 17) is GRANTED.**

*12-cr-00351-JLK*
*Sentencing*
*January 4, 2013*

**ORDERED:** **Government's Motion To Grant The Defendant An Additional One-Level Decrease Pursuant To U.S.S.G § 3E1.1(b) is DENIED.**

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to Count One to a term of imprisonment of time served.

**Special conditions of supervised release:**

(X)  No supervised release shall be imposed because the Defendant will be deported. If the Defendant remains in the United States illegally, he will be subject to prosecution. Defendant may not possess a firearm or illegally possess a controlled substance or will be subject to further federal prosecution.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:**  Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**2:25 p.m.    Court in recess.**
Hearing concluded.
Total in-court time: 20 minutes.